## GUARDIANSHIP OF JOHN FREDERICK RUNGE.
[No. 19,966; decided October 27, 1890.]

**Testamentary Guardianship.**—If a Father Provides in His Will, in reference to a minor son, that the trustees therein are to "take full charge of him and see to his welfare," he thereby appoints them guardians of the person of the minor, and the court has no jurisdiction to entertain a petition by another person for letters of guardianship.

---

## ESTATE OF TIMOTHY CAFFREY, DECEASED.
[No. 17,772; decided June 22, 1897.]

**Succession—Strict Construction of Law.**—The rules governing the law of succession to the property of one who dies without making any disposition thereof are more or less arbitrary, and one who claims to inherit by right of succession must bring himself strictly within those rules.

**Succession—"Child" Does not Include "Grandchild."**—In its ordinary, popular and legal signification the word "children" does not include grandchildren.

**Succession—Children.**—Section 1386 of the Civil Code does not carry the distribution further than down to and among the children of brothers and sisters; and in default of them, the estate goes back in the ascending line to the ancestors and then down, as per subdivision 6 of the section.

**Succession—Right of Grandniece to Inherit.**—If a person dies without leaving surviving issue, wife, father, mother, brother, or sister, but leaving a niece and a grandniece, the grandniece is not entitled, under section 1386 of the Civil Code, to inherit from his estate.

**Will Contest—Person Interested—Grandniece.**—A person interested, within the meaning of section 1307 of the Code of Civil Procedure, providing that "any person interested may appear and contest the will," is one who is interested in the estate; a grandniece of the testator who is not entitled to inherit from his estate cannot contest his will.